IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

    Plaintiff,                              CV F 04 6197 OWW WMW P

    vs.                                      ORDER RE: FINDINGS &
                                              RECOMMENDATIONS (#6)

F. BRASWELL, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On February 16, 2005, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted.  Plaintiff was provided an opportunity to file objections within thirty days.  On March 15, 2005, plaintiff filed objections to the findings and recommendations.

        The Magistrate Judge recommended that plaintiff's in forma pauperis status be revoked, and plaintiff be directed to submit the full filing fee.  The Magistrate Judge found that plaintiff has, on 3 or more prior occasions, suffered dismissals, or "strikes" within the meaning of 28 U.S.C. § 1915(g).   In his objections, plaintiff argues that Cappell v. McCargar, CV S 02

2299 GEB JM P should not count as a strike, as that case is pending on appeal.  The court notes, however, that plaintiff has suffered at least three dismissals within the meaning of section 1915(g): <u>Chappell v. Gomez</u>, 94-CV-1520 (N.D. Cal.); <u>Chappell v. Rios</u>, No. S-99-CV-893; <u>Chappell v. Reed</u>, CV-S-02-1706.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 16, 2004, are adopted in full; and

2. Pursuant to 28 U.S.C. § 1915(g), plaintiff's in forma pauperis status is revoked.

3. Within thirty days of the date of service of this order, plaintiff shall pay the $150 filing fee in full.  Plaintiff's failure to do so will result in dismissal of this action without prejudice for failure to prosecute.

IT IS SO ORDERED.

**Dated:   May 6, 2005**                                   **/s/ Oliver W. Wanger**
emm0d6                                                      UNITED STATES DISTRICT JUDGE