IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

    Plaintiff,

vs.

F. BRASWELL, et al.,

    Defendants.

CV F 04 6197 OWW  WMW   P

ORDER DISMISSING ACTION

    Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 16, 2005, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within thirty days. On March 15, 2005, plaintiff filed objections to the findings and recommendations.

    The Magistrate Judge recommended that plaintiff's in forma pauperis status be revoked, and plaintiff be directed to submit the full filing fee. The Magistrate Judge found that plaintiff has, on 3 or more prior occasions, suffered dismissals, or "strikes" within the meaning of 28 U.S.C. § 1915(g).  On May 6, 2005, this court adopted the findings and recommendations,

and directed plaintiff to submit the $150 filing fee within thirty days.  Plaintiff was specifically cautioned that his failure to do so would result in dismissal of this action.   The thirty day period has passed, and plaintiff has failed to submit the filing fee.

      Accordingly, THE COURT HEREBY ORDERS that this action is dismissed without prejudice for plaintiff's failure to prosecute and to obey a court order.  The Clerk is directed to close the case.

IT IS SO ORDERED.

**Dated:  June 14, 2005**                       **/s/ Oliver W. Wanger**
emm0d6                                                         UNITED STATES DISTRICT JUDGE