UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

FILED

2005 AUG -3 A 8: 09

CLERK, US DIST. COURT
EASTERN DIST. OF CA
AT FRESNO

| | |
|---|---|
| REX CHAPPELL, | No. 05-16301 |
| Plaintiff - Appellant, | D.C. No. CV-04-01697-OWW |
| | CV-04-06197-OWW |
| v. | |
| F. BRASWELL; et al., | **ORDER** |
| Defendants - Appellees. | |

This appeal has been taken in good faith [ ]

This appeal is not taken in good faith [X]

Explanation: PLAINTIFF WITH SIXTEEN CASES IN THIS DISTRICT HAS NOT PAID FILING FEE IN VIOLATION OF COURT'S ORDER. NO GROUNDS JUSTIFYING EMERGENCY INJUNCTIVE RELIEF.

_____
Judge
United States District Court

Date: 8-2-05